F I L E D
Clerk
District Court

MAY 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIN, BING XIAN, ) <br> a/k/a, "FRIEND," ) <br> ) <br> Defendant. ) | Criminal Case No. 07- 00018 <br><br> I N D I C T M E N T <br><br> Title 21 U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Distribution And Possession With Intent To Distribute A Controlled Substance (Cts. 1-2). |

THE GRAND JURY CHARGES:

### COUNT ONE

Distribution And Possession With Intent To Distribute A Controlled Substance

1. On or about July 29, 2005, in the District of the Northern Mariana Islands, LIN, BING XIAN, a/k/a "FRIEND," the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, approximately 2.9 grams of methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

THE GRAND JURY FURTHER CHARGES:

<u>COUNT TWO</u>

<u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

2. On or about July 30, 2005, in the District of the Northern Mariana Islands, LIN, BING XIAN, a/k/a "FRIEND," the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, approximately 1.9 grams of methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

Dated this 23rd day of May, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney