```
 1 │ LEONARDO M. RAPADAS
   │ United States Attorney                              F I L E D
 2 │ TIMOTHY E. MORAN                                       Clerk
   │ Assistant United States Attorney                   District Court
 3 │ DISTRICT OF THE NORTHERN
   │    MARIANA ISLANDS                                   MAY 23 2007
 4 │ Horiguchi Building, Third Floor
   │ P.O. Box 500377                              For The Northern Mariana Islands
 5 │ Saipan, MP 96950                             By_____
   │ Telephone:  (670) 236-2982                           (Deputy Clerk)
 6 │ Fax:        (670) 236-2985
```

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00018 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| LIN, BING XIAN, a/k/a, "FRIEND," | ) | |
| Defendant. | ) | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE