AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _the Northern Mariana Islands_

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**LIN, BING XIAN,**
    a/k/a, "FRIEND,"

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 07 - 00018**

FILED
Clerk
District Court

MAY 30 2007

For the Northern Mariana Islands
By_____
    (Deputy Clerk)

ORIGINAL

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**LIN, BING XIAN, a/k/a, "FRIEND,"**_____
                                                                                                  Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance (Counts 1-2)**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

and in violation of Title ____ United States Code, Section (s) _____

| | |
|---|---|
| __HONORABLE ALEX R. MUNSON__ | __CHIEF JUDGE, DISTRICT COURT OF THE NMI__ |
| Name of Issuing Officer | Title of Issuing Officer |
| _Alex R. Munson_ (signed) | _5-23-07_      SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ __NO BAIL__ | by _Alex R. Munson_ (signed) |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Saipan, CNMI_
_San Antonio Village; traffic stop_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-23-07 | W. M. CALVERT | (signed) |
| DATE OF ARREST | CI DUSM #3056 | |
| 5-30-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____