MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00018                                                         May 31, 2007
                                                                    8:50 a.m.

**UNITED STATES OF AMERICA  -V- LIN, BING XIAN**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            LIN, BING XIAN, DEFENDANT
            COLIN THOMPSON, COURT APPOINTED ATTORNEY FOR DEFENDANT
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY


PROCEEDINGS:   INITIAL APPEARANCE/**ARRAIGNMENT**

   Defendant appeared with court-appointed counsel, Attorney Colin Thompson.  Government was represented by  Eric O'Malley, AUSA.

   Government moved to **unseal** this case.  Court so ordered.

   Defense stated that they were prepared to go forward with the Arraignment.

    Jean Shi was sworn as interpreter/translator of the Mandarin language.

   Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

   Defendant was advised that if he did qualify for a Court Appointed counsel that one would be  appointed for him.  Defendant stated he wanted the Court to appoint counsel for him.  Court, after review of the defendant's financial affidavit, appointed  Attorney Colin Thompson Nunc Pro Tunc.

   Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **JULY 2, 2007  at 9:00 a.m.**  Pretrial motions shall be filed by **June 14, 2007.**

   Government moved that the defendant be held without bail pending trial. No argument from the Defense at this time and reserved the right for a motion for bail at a later time.

      Court granted the Government's motion, without prejudice, and remanded the defendant into the custody of the U.S. Marshal until further order of the Court.

      Adjourned at 9:00 a.m.

      /s/K. Lynn Lemieux, Courtroom Deputy