```
                                              F I L E D
                                                  Clerk
                                              District Court

                                              JUN 1 8 2007

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Case No. CR-07-00018 |
|---|---|
| Plaintiff, | **ORDER SETTING HEARING ON MOTION TO COMPEL** |
| vs. | |
| BING XIAN LIN, | |
| Defendant. | |

The defendant's motion to compel shall be heard on **June 20, 2007, at 9:00 a.m.** If this matter is resolved before the hearing date, the parties shall notify the court and upon such notice, the court shall take this hearing off calendar.

**IT IS SO ORDERED.**

**DATED** this 18th day of June, 2007.


*/s/ Alex R. Munson*
ALEX R. MUNSON
U.S. District Court Chief Judge