1   LEONARDO M. RAPADAS
    United States Attorney
2   ERIC O'MALLEY
    Assistant United States Attorney
3   DISTRICT  OF  THE  NORTHERN
    MARIANA  ISLANDS
4   Horiguchi Building, Third Floor
    P. O. Box 500377
5   Saipan, MP  96950-0377
    Telephone:     (670) 236-2980
6   Fax:             (670) 236-2985

    Attorneys for United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,          )        CRIMINAL CASE NO. 07-00018
                                       )
11                  Plaintiff,         )
                                       )        **STIPULATION CONTINUING
12            vs.                      )        MOTION TO COMPEL**
                                       )
13  BING XIAN LIN,                     )
                                       )
14                  Defendant.         )
    _____)

15       This criminal case is presently scheduled for a Motion to Compel on June 20, 2007 at 9:00 a.m.

16  The parties hereby stipulate and agree that the Motion to Compel in this matter be continued to June 27,

17  2007 at 9:00 a.m.

18

19  DATED: _____        _____/s/_____
                                  COLIN THOMPSON
20                                Attorney for Defendant

21                                LEONARDO M. RAPADAS
                                  United States Attorney
22                                District of the Northern Mariana Islands

23                                By,

24  DATED: _____        _____/s/_____
                                  ERIC O'MALLEY
25                                Assistant U.S. Attorney