F I L E D
Clerk
District Court

JUN 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BING XIAN LIN,<br><br>Defendant. | Case No. CR-07-00018<br><br>**ORDER CONTINUING HEARING FOR MOTION TO COMPEL** |

THE COURT, having received the parties' Stipulation Continuing Motion to Compel, No. 10 (June 19, 2007), GRANTS the parties' implicit motion to continue the hearing currently scheduled for June 20, 2007, at 9:00, to June 27, 2007, at 9:00 a.m. If this matter is resolved before the hearing date, the parties shall notify the court and upon such notice, the court shall take this hearing off calendar.

**IT IS SO ORDERED.**

**DATED** this 19th day of June, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge