## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************

CR-07-00018-001                                      June  25, 2007
                                                     2:00 p.m.

### UNITED STATES OF AMERICA  -vs- LIN, BING XIAN

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY
            COLIN THOMPSON, ATTORNEY FOR DEFENDANT
            LIN, BING XIAN, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA.**

       Defendant appeared with counsel, Attorney Colin Thompson.  Government was represented
by Eric O'Malley,  AUSA.   Also present was Margarita Wonenberg, U.S. Probation Officer and
DEA Officer, Deborah Muusers.

       Jean Shi was sworn as interpreter/translator of the Mandarin language.

       Defendant was sworn and examined as to his understanding of his constitutional rights, his
right to trial and his understanding of the proceedings in the Court.

       Court reviewed each of the charges, in the indictment, with the Defendant.  Government
reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant
entered a plea of **GUILTY .**  Court found that the defendant was fully competent to enter a knowing
and voluntary  plea.  Court accepted the plea of guilty.

       Court ordered  a  Presentence Investigation Report be submitted by August 28, 2007 and that
the **Sentencing hearing be set for Tuesday, October 2, 2007 at 9:30 a.m.**

       Defendant was remanded into the custody of the U.S. Marshal.

                                      Adjourned at 2:55 p.m.


                                      /s/K. Lynn Lemieux, Courtroom Deputy