FILED
Clerk
District Court

JUN 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00018 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING SENTENCING DATE |
| LIN, BING XIAN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **August 28, 2007.** Sentencing is scheduled for **Tuesday, October 2, 2007** commencing at the hour of nine-thirty o'clock a.m.

DATED this 25th day of June, 2007.

_____
ALEX R. MUNSON, Chief Judge