Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00018 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| LIN, BING XIAN. | Date: October 2, 2007 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Alex R. Munson |

        **COMES NOW**, Colin M. Thompson on behalf of the Defendant, Lin, Bing Xian and Assistant

United States Attorney, Eric S. O'Malley on behalf of the United States of America, to continue the

sentencing hearing presently scheduled on October 2, 2007 at 9:30 a.m. shall be continued on **October**

**10, 2007** at **10:30 a.m.**  The Government has no objection and stipulates the continuance.


        Respectfully submitted by:



_____/s/_____                                    _____/s/_____
**COLIN M. THOMPSON, ESQ.**                           **ERIC S. O'MALLEY**
Attorney for Defendant                                 Assistant United States Attorney