Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00018 |
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| v. | |
| LIN, BING XIAN. | |
| Defendant. | |

**COMES NOW**, Colin M. Thompson, attorney for Lin Bing Xian in the above entitled matter (hereafter "Defendant"), and moves the Court for its Order allowing him to withdraw as counsel of record. On May 31, 2007, the undersigned was appointed by the Court to represent Mr. Lin. On June 25, 2007, Mr. Lin entered a Plea of Guilty pursuant to a plea agreement negotiated with the United States Attorney. A Sentencing hearing was held on October 10, 2007. Because the Plea Agreement and Sentencing hearing disposes of the case, undersigned counsel respectfully moves the Court to grant this Motion to withdraw.

Dated this 1st day of December, 2007.

/s/
**COLIN M. THOMPSON, ESQ.**
Attorney for Defendant