F I L E D
Clerk
District Court

DEC - 3 2007

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 07-00018 |
| Plaintiff, | |
| vs. | Order Granting Request to Withdraw as Counsel |
| LIN, BING XIAN, | |
| Defendant. | |

Eric O'Malley  
Assistant USAG  
P.O. Box 500377  
Saipan, MP 96950

Colin M. Thompson  
Attorney at Law  
PMB 917, Box 10001  
Saipan, MP 96950

The request of Colin M. Thompson, attorney for Lin Bing Xian, to withdraw as counsel of record for this case is hereby GRANTED.

IT IS SO ORDERED.

DATED this 3rd day of December, 2007

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)